## FEARS v. THE STATE.

BECK, J. 1. A ground of a motion for a new trial, after conviction in a misdemeanor case, that the fine imposed was excessive, is without merit. *Hill* v. *State*, 122 *Ga.* 166.

2. Where, in the trial of one charged with a misdemeanor, upon arraignment of the prisoner the indictment was read to him by the solicitor-general and a plea of not guilty was entered, no other or more formal arraignment was required. Penal Code, § 946; 12 Cyc. 344, and citations.

3. The failure to furnish the accused or his counsel with a copy of the indictment and list of witnesses, in the absence of a demand therefor, does not constitute a valid ground for setting aside the verdict of guilty. Penal Code, § 945.

4. The evidence authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted May 21,—Decided July 2, 1906.

Indictment for unlawful sale of liquor. Before Judge Reagan. Butts superior court. March 19, 1906.

*O. M. Duke,* for plaintiff in error.   *O. H. B. Bloodworth, solicitor-general,* and *W. P. Bloodworth,* contra.